### TRAVIS v. THE STATE.

*Simmons, C. J.*—Although the conviction was founded solely on circumstantial evidence which does not establish the guilt of the accused with the fullest degree of conclusiveness and certainty, yet as the circumstances proved against him, taken all together, were sufficient to warrant the verdict, and it has been approved by the trial judge, this court is unable to say that he abused his discretion in refusing to set it aside.

October 28, 1895.                    *Judgment affirmed.*

Indictment for attempting to set fire to a gin-house. Before Judge Hansell. Brooks superior court. May term, 1895.

*W. C. McCall*, for plaintiff in error. *H. B. Peeples, solicitor-general*, by *Harrison & Peeples*, contra.

---

### DENSON v. DENSON.

*Atkinson, J.*—Although the plaintiff's action was formerly dismissed upon a general demurrer thereto, and this judgment was reversed by this court (see 94 *Ga.* 525), there has, as yet, been but one trial on the merits. The same having resulted in a verdict for the plaintiff, and a new trial having been granted, the case falls within the established rule applicable to the first grant of a new trial.                    *Judgment affirmed.*

October 28, 1895.

Equitable petition. Before Judge Smith. Twiggs superior court. April term, 1895.

*L. D. Moore*, for plaintiff.

*F. Chambers* and *Minter Wimberly*, for defendant.